UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LISA TAUBE,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMON GOAL SYSTEMS, INC., and<br>MICHAEL XAKELLIS, individually,<br><br>　　　　　　　Defendants. | Civil Action No. 11-2380 (SDW)(MCA)<br><br>**ORDER**<br><br>November 16, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on November 1, 2011, regarding Defendant Common Goal Systems, Inc.'s motion to dismiss the complaint for improper venue pursuant to Fed. R. Civ. P. 12(b)(3), or in the alternative, to transfer the case to the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a) and Defendant Michael Xakellis's motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2). No objections have been filed.[1]

The Court has reviewed the R&R, the briefs, and the other documents on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS** on this 16th day of November 2011,

**ORDERED** that Magistrate Judge Arleo's R&R filed on November 1, 2011, is **ADOPTED** by this Court in its entirety.

---

[1] Objections were due by November 15, 2011.

s/ Susan D. Wigenton, U.S.D.J.


cc:     Magistrate Judge Madeline C. Arleo